IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **EVERSTREAM SOLUTIONS LLC**, *et al.*, | § | Case No. 25-90144 (CML) |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | Re: Docket Nos. 26, 27, 28 |

**NOTICE OF FILING OF AMENDED SCHEDULES**
**OF TOWER LEASES TO OMNIBUS REJECTION MOTIONS**

**PLEASE TAKE NOTICE** that on May 28, 2025, the above-captioned debtors and

debtors in possession (collectively, the "**Debtors**") filed the *First Omnibus Motion of Debtors for*

*an Order (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases and Executory Contracts*

Nunc Pro Tunc *to the Petition Date and (B) Abandon Property in Connection Therewith and*

*(II) Granting Related Relief* (Docket No. 26) (the "**First Omnibus Rejection Motion**"), the

*Second Omnibus Motion of Debtors for an Order (I) Authorizing Debtors to Reject Certain*

*Unexpired Leases* Nunc Pro Tunc *to the Petition Date and (B) Abandon Property in Connection*

*Therewith and (II) Granting Related Relief* (Docket No. 27) (the "**Second Omnibus**

**Rejection Motion**"), and the *Third Omnibus Motion of Debtors for an Order (I) Authorizing*

*Debtors to Reject Certain Unexpired Leases* Nunc Pro Tunc *to the Petition Date and (B) Abandon*

*Property in Connection Therewith and (II) Granting Related Relief* (Docket No. 28)

(the "**Third Omnibus Rejection Motion**," and together with the First Omnibus Rejection Motion

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Midwest Fiber Holdings LP (3804); Midwest Fiber Acquisition Topco LLC (N/A); Midwest Fiber Acquisition Midco1 LLC (6061); Midwest Fiber Acquisition LLC (N/A); Everstream Solutions LLC (2361); Everstream Networks LLC (4542); Everstream GLC Holding Company LLC (4493); American Fiber Comm L.L.C. (2389); HRS Internet, LLC (5042); Lynx Network Group, Inc. (6261); 15955 State Street LLC (2731); Rocket Fiber LLC (7722); Lynx Fiber One, LLC (7151); and Lynx Fiber Two, LLC (3416).  The Debtors' mailing address is 1228 Euclid Ave. Suite 250, Cleveland, OH 44115.

and the Second Omnibus Rejection Motion, the "**Omnibus Rejection Motions**").[2]   In the Omnibus Rejection Motions, the Debtors sought permission from the Court to reject 234 telecommunication tower leases attached to Schedule 1 of each of the Omnibus Rejection Motions (the "**Tower Lease Schedules**").

   **PLEASE TAKE FURTHER NOTICE** that the Debtors have determined not to reject 76 telecommunication tower leases.  Following this determination, on or before June 13, 2025, the Debtors contacted, via overnight mail and email (where possible), the nine affected counterparties (the "**Counterparties**") to inform them that the Debtors intended to remove certain of their tower leases from the Tower Lease Schedules and requesting their consent to do so.  The Debtors informed each of the Counterparties that, upon removal from the Tower Lease Schedules, the leases would remain in place unchanged with the Debtors reserving their rights with respect to potential assumption or rejection at a later date.  As of the filing of this notice, two of the Counterparties have consented to such removal, two of the Counterparties have confirmed receipt of the additional notice without objection, and five Counterparties have not responded.

   **PLEASE TAKE FURTHER NOTICE** that unless the Debtors receive any objections by Wednesday, June 18, 2025 at 5:00 p.m. (Prevailing Central Time), the Debtors intend to file certificates of no objection for each of the Omnibus Rejection Motions with proposed orders attaching the amended Tower Lease Schedules.

   **PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file redlines of the Tower Lease Schedules attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Omnibus Rejection Motions.

Dated: June 17, 2025
Houston, Texas

/s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   gabriel.Morgan@weil.com
             clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Alexander P. Cohen (24109739)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  matt.barr@weil.com
             andriana.georgallas@weil.com
             alexander.cohen@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on June 17, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


*/s/ Clifford W. Carlson*

Clifford W. Carlson