**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **EVERSTREAM SOLUTIONS LLC, *et al.*,** | § | **Case No. 25-90144 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**DECLARATION OF ALEXA WESTMORELAND
OF STRETTO, INC. REGARDING SOLICITATION AND TABULATION
OF BALLOTS CAST ON SECOND AMENDED JOINT CHAPTER 11 PLAN OF
EVERSTREAM SOLUTIONS LLC AND ITS AFFILIATED DEBTORS**

I, Alexa Westmoreland, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am a Director of Corporate Restructuring at Stretto, Inc. ("**Stretto**"), a chapter 11 administrative services firm located at 410 Exchange, Suite 100, Irving, California 92602.  I am over the age of 18 and not a party to this action.  I am duly authorized to submit this declaration (this "**Declaration**") on behalf of Stretto.

2.     I submit this Declaration in connection with the solicitation of votes and the tabulation of Ballots cast on the *Second Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Debtor Affiliates* (Docket No. 561) (as may be amended, supplemented, or otherwise modified from time to time, the "**Plan**").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Midwest Fiber Holdings LP (3804); Midwest Fiber Acquisition Topco LLC (N/A); Midwest Fiber Acquisition Midco1 LLC (6061); Midwest Fiber Acquisition LLC (N/A); Everstream Solutions LLC (2361); Everstream Networks LLC (4542); Everstream GLC Holding Company LLC (4493); American Fiber Comm L.L.C. (2389); HRS Internet, LLC (5042); Lynx Network Group, Inc. (6261); 15955 State Street LLC (2731); Rocket Fiber LLC (7722); Lynx Fiber One, LLC (7151); and Lynx Fiber Two, LLC (3416).   The Debtors' mailing address is 1228 Euclid Ave. Suite 250, Cleveland, OH 44115.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Plan or the Solicitation Procedures Order (as defined herein), as applicable.

3.    This Court authorized Stretto's retention as the claims, noticing, and solicitation agent to the above-captioned debtors (collectively, the "**Debtors**") pursuant to the *Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent* (Docket No. 43) (the "**Retention Order**").  The Retention Order authorizes Stretto to assist the Debtors with, among other things, the service of solicitation materials and the tabulation of votes cast to accept or reject the Plan.  Stretto and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.  I am not being compensated for this testimony other than the compensation that Stretto is receiving as a professional services firm pursuant to the Retention Order.

4.    The statements in this Declaration are, except where specifically noted, based on my personal knowledge or opinion, information that I have received from the Debtors' employees or advisors, or information that I have received from employees of Stretto working directly with me or under my supervision, direction, or control.  If called upon to testify, I could and would testify competently as to the facts set forth herein.

### Service and Transmittal of Solicitation Packages and Tabulation Process

5.    I am aware that, in accordance with the *Order (I) Approving Disclosure Statement, (II) Establishing Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases, (V) Establishing Notice and Objection Procedures for Confirmation of Plan, and (VI) Granting Related Relief* (Docket No. 501) (the "**Solicitation Procedures Order**"), the Court established procedures to solicit votes from, and tabulate Ballots submitted by, holders of Claims in the Voting Classes (the "**Solicitation Procedures**").

6.     I understand that the Solicitation Procedures Order, among other things, established (i) October 14, 2025 as the record date for determining the holders of Claims in the Voting Classes entitled to vote on the Plan (the "**Voting Record Date**"), and (ii) November 11, 2025 at 4:00 p.m. (Prevailing Central Time) as the deadline to submit a Ballot to vote to accept or reject the Plan (the "**Voting Deadline**").[3]   Pursuant to the Plan and the Solicitation Procedures Order, holders of Claims in the following Classes were entitled to vote to accept or reject the Plan:

| Class | Description |
|-------|-------------|
| 3 | OpCo Lender Secured Claims |
| 4 | OpCo General Unsecured Claims |
| 5 | HoldCo Lender Secured Claims |

7.     On October 16, 2025, Stretto, as instructed by the Debtors, transmitted the Solicitation Procedures Order, the Disclosure Statement, the Plan, the Solicitation and Voting Procedures, the Confirmation Hearing Notice, the applicable Ballot with voting instructions, and a postage prepaid return envelope (the "**Solicitation Package**") to each holder of a Claim in the Voting Classes as of the Voting Record Date in accordance with the Solicitation Procedures Order, as evidenced by the certificate of service filed with the Court on October 21, 2025.  *See* Docket No. 524.

8.     Additionally, on October 16, 2025, Stretto timely served the Notice of Non-Voting Status (with the Release Opt-Out Form attached thereto), the Confirmation Hearing Notice, and a postage prepaid return envelope to holders of Claims or Interests, if any, in Classes 1, 2, 6, 8, and 9 (collectively, the "**Non-Voting Classes**"), as evidenced by the certificate of service filed with the Court on October 21, 2025.  *See* Docket No. 524.

---

[3]  The Voting Deadline was extended by agreement to November 12, 2025, at 11:59 p.m. (Prevailing Central Time) for the Prepetition Lenders.

9.      On October 21, 2025, a publication version of the Confirmation Hearing Notice (the "**Publication Notice**") was published in *The Wall Street Journal*.  An affidavit evidencing the publication of the Publication Notice was filed with the Court on October 21, 2025.  *See* Docket No. 522.

10.      Furthermore, free copies of the Plan, the Disclosure Statement, the Solicitation Procedures Order, and all other documents filed in these cases have been available at https://cases.stretto.com/everstream since their filing.

## The Tabulation Process

11.      Stretto received and tabulated the Ballots as follows:

    a.  With respect to hard copy Ballots:

        i.  Each returned Ballot was opened and/or inspected at Stretto's offices; and

        ii.  Ballots were date-stamped upon receipt.

    b.  With respect to Ballots submitted through the online portal:

        i.  Encrypted ballot data, date stamp, and audit trail were created upon submittal; and

        ii.  Electronic images of Ballots were created using the submitted ballot data.

    c.  All Ballots received were then tabulated by Stretto in accordance with the Solicitation Procedures approved by the Solicitation Procedures Order.

12.      For a Ballot to be counted as valid, the Ballot was required to have complied with the Solicitation Procedures and be received by Stretto on or before the Voting Deadline (except as

such deadline may have been extended). Ballots that did not comply with the Solicitation Procedures were not included in the calculation of votes to accept or reject the Plan.

13. I hereby certify that the results of the voting by holders of Claims in the Voting Classes are as set forth in **Exhibit A** to this Declaration, which is a true and correct copy of the final tabulation of votes. Copies of all counted Ballots are available for inspection upon request.

14. I hereby certify that attached hereto as **Exhibit B** is a detailed report of all non-tabulated Ballots submitted to Stretto as of the filing of this Declaration.

15. Stretto also served information and instructions on electing to opt out of the third-party releases contained in Section 10.6(b) of the Plan (the "**Opt-Out Election**"), specifically through the service of (i) the Ballots on holders of Claims in the Voting Classes and (ii) the Notice of Non-Voting Status, including the Release Opt-Out Form attached thereto, on holders of Claims in the Non-Voting Classes. Stretto examined each Ballot and Release Opt-Out Form received, as applicable, and recorded any Opt-Out Elections. As of the filing of this Declaration, 7 parties submitted Opt-Out Elections. For the avoidance of doubt, this Declaration does not certify the validity of any Opt-Out Election and is provided for reporting and informational purposes only with respect thereto.

16. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.


Dated: November 14, 2025                    */s/Alexa Westmoreland*
                                            Alexa Westmoreland
                                            STRETTO
                                            410 Exchange, Suite 100
                                            Irvine, CA 92602
                                            Telephone: 855-761-1230
                                            Email: EverstreamInquiries@stretto.com

## Exhibit A

**Tabulation Summary**



**Exhibit A**
Tabulation Summary

### Class 3 Ballot Results
#### OpCo Lender Secured Claims

| | Count | % | | Dollars | % |
|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $685,019,943.26 | 100.0% |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% |
| Tabulated Ballot Totals: | 14 | | | $685,019,943.26 | |

| Not Tabulated: | 0 | | $0.00 |
|---|---|---|---|

### Class 4 Ballot Results
#### OpCo General Unsecured Claims

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 62 | 96.9% | | $646,562,389.59 | 100.0% | | Checked | 5 |
| Reject: | 2 | 3.1% | | $202,288.02 | 0.0% | | Unchecked | 63 |
| Tabulated Ballot Totals: | 64 | | | $646,764,677.61 | | | | |

| Not Tabulated: | 4 | | $7,311,115.69 |
|---|---|---|---|

### Class 4 Ballot Results
#### OpCo General Unsecured Claims
#### 15955 State Street LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $630,030,576.10 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 14 |
| Tabulated Ballot Totals: | 14 | | | $630,030,576.10 | | | | |

| Not Tabulated: | 0 | | $0.00 |
|---|---|---|---|

### Class 4 Ballot Results
#### OpCo General Unsecured Claims
#### American Fiber Comm L.L.C.

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $630,030,576.10 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 14 |
| Tabulated Ballot Totals: | 14 | | | $630,030,576.10 | | | | |

| Not Tabulated: | 0 | | $0.00 |
|---|---|---|---|

### Class 4 Ballot Results
#### OpCo General Unsecured Claims
#### Everstream GLC Holding Company LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 30 | 100.0% | | $630,307,529.61 | 100.0% | | Checked | 1 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 31 |
| Tabulated Ballot Totals: | 30 | | | $630,307,529.61 | | | | |

| Not Tabulated: | 2 | | $3,659,991.00 |
|---|---|---|---|

In re: Everstream Solutions LLC, et al.
Case Number: 25-90144 (CML)

Page 1 of 3



**Exhibit A**
Tabulation Summary

### Class 4 Ballot Results
### OpCo General Unsecured Claims
### Everstream Networks LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $630,030,576.10 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 14 |
| Tabulated Ballot Totals: | 14 | | | $630,030,576.10 | | | | |

| Not Tabulated: | 0 | | $0.00 |
|---|---|---|---|

### Class 4 Ballot Results
### OpCo General Unsecured Claims
### Everstream Solutions LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 47 | 95.9% | | $646,122,588.86 | 100.0% | | Checked | 5 |
| Reject: | 2 | 4.1% | | $202,288.02 | 0.0% | | Unchecked | 47 |
| Tabulated Ballot Totals: | 49 | | | $646,324,876.88 | | | | |

| Not Tabulated: | 3 | | $3,651,124.69 |
|---|---|---|---|

### Class 4 Ballot Results
### OpCo General Unsecured Claims
### HRS Internet, LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 15 | 100.0% | | $630,033,010.51 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 15 |
| Tabulated Ballot Totals: | 15 | | | $630,033,010.51 | | | | |

| Not Tabulated: | 0 | | $0.00 |
|---|---|---|---|

### Class 4 Ballot Results
### OpCo General Unsecured Claims
### Lynx Fiber One, LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $630,030,576.10 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 14 |
| Tabulated Ballot Totals: | 14 | | | $630,030,576.10 | | | | |

| Not Tabulated: | 0 | | $0.00 |
|---|---|---|---|

### Class 4 Ballot Results
### OpCo General Unsecured Claims
### Lynx Fiber Two, LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $630,030,576.10 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 14 |
| Tabulated Ballot Totals: | 14 | | | $630,030,576.10 | | | | |

| Not Tabulated: | 0 | | $0.00 |
|---|---|---|---|

In re: Everstream Solutions LLC, et al.
Case Number: 25-90144 (CML)

Page 2 of 3



**Exhibit A**
Tabulation Summary

### Class 4 Ballot Results
### OpCo General Unsecured Claims
### Lynx Network Group, Inc.

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 15 | 100.0% | | $630,190,988.91 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 15 |
| Tabulated Ballot Totals: | 15 | | | $630,190,988.91 | | | | |
| | | | | | | | | |
| Not Tabulated: | 0 | | | $0.00 | | | | |

### Class 4 Ballot Results
### OpCo General Unsecured Claims
### Midwest Fiber Acquisition LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $630,030,576.10 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 14 |
| Tabulated Ballot Totals: | 14 | | | $630,030,576.10 | | | | |
| | | | | | | | | |
| Not Tabulated: | 0 | | | $0.00 | | | | |

### Class 4 Ballot Results
### OpCo General Unsecured Claims
### Midwest Fiber Acquisition Midco1 LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $630,030,576.10 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 14 |
| Tabulated Ballot Totals: | 14 | | | $630,030,576.10 | | | | |
| | | | | | | | | |
| Not Tabulated: | 0 | | | $0.00 | | | | |

### Class 4 Ballot Results
### OpCo General Unsecured Claims
### Rocket Fiber LLC

| | Count | % | | Dollars | % | | Elects to Opt Out | Count |
|---|---|---|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $630,030,576.10 | 100.0% | | Checked | 0 |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% | | Unchecked | 14 |
| Tabulated Ballot Totals: | 14 | | | $630,030,576.10 | | | | |
| | | | | | | | | |
| Not Tabulated: | 0 | | | $0.00 | | | | |

### Class 5 Ballot Results
### HoldCo Lender Secured Claims

| | Count | % | | Dollars | % |
|---|---|---|---|---|---|
| Accept: | 14 | 100.0% | | $266,083,760.54 | 100.0% |
| Reject: | 0 | 0.0% | | $0.00 | 0.0% |
| Tabulated Ballot Totals: | 14 | | | $266,083,760.54 | |
| | | | | | |
| Not Tabulated: | 0 | | | $0.00 | |

In re: Everstream Solutions LLC, et al.
Case Number: 25-90144 (CML)

Page 3 of 3

## Exhibit B

**Detailed Report of All Non-Tabulated Ballots**

 STRETTO

**Exhibit B**

Detailed Report of All Non-Tabulated Ballots

| Class | Date Filed | Ballot No. | Name | Voting Amount | Vote on the Plan | Elects to Opt Out | Debtor | Reason |
|-------|-----------|-----------|------|--------------|-----------------|-------------------|--------|--------|
| Class 4 | 11/06/2025 | 31 | ePlus Technology, Inc. | $11,382.69 | Abstain | Box Checked | Everstream Solutions LLC | Ballot does not indicate either an acceptance or rejection of the Plan |
| Class 4 | 11/07/2025 | 34 | Clearcreek Enterprises, LLC | $20,250.00 | Accept the Plan | Box Unchecked | Everstream GLC Holding Company LLC | Ballot amended per ballot no. 42 |
| Class 4 | 11/10/2025 | 38 | DISH Wireless L.L.C. | $1.00 | Abstain | Box Checked | Everstream Solutions LLC | Ballot does not indicate either an acceptance or rejection of the Plan |
| Class 4 | 11/10/2025 | 60 | The Cincinnati Insurance Company | $7,279,482.00 | Abstain | Box Checked | Everstream Solutions LLC Everstream GLC Holding Company LLC | Ballot does not indicate either an acceptance or rejection of the Plan |

In re: Everstream Solutions LLC, et al.

Case Number: 25-90144 (CML)