IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EVERSTREAM SOLUTIONS LLC, *et al.*, | § | Case No. 25-90144 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

**JOINDER OF THE AD HOC GROUP OF SECURED LENDERS
TO THE DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF
CONFIRMATION OF SECOND AMENDED JOINT CHAPTER 11 PLAN OF
EVERSTREAM SOLUTIONS LLC AND ITS AFFILIATED DEBTORS**

The Ad Hoc Group of Secured Lenders[2] in the chapter 11 cases (the "Chapter 11 Cases") of Everstream Solutions LLC. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to the *Debtors' Memorandum of Law in Support of Confirmation of Second Amended Join Chapter 11 Plan of Everstream Solutions LLC and its Affiliated Debtors* [Docket No. 576] (the "Confirmation Brief") in support of confirmation of the *Third Amended Join Chapter 11 Plan of Everstream Solutions LLC and its Affiliated Debtors* [Docket No. 581] (as may be amended or modified, the "Plan"). In support hereof, the Ad Hoc Group of Secured Lenders respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Midwest Fiber Holdings LP (3804); Midwest Fiber Acquisition Topco LLC (N/A); Midwest Fiber Acquisition Midco1 LLC (6061); Midwest Fiber Acquisition LLC (N/A); Everstream Solutions LLC (2361); Everstream Networks LLC (4542); Everstream GLC Holding Company LLC (4493); American Fiber Comm L.L.C. (2389); HRS Internet, LLC (5042); Lynx Network Group, Inc. (6261); 15955 State Street LLC (2731); Rocket Fiber LLC (7722); Lynx Fiber One, LLC (7151); and Lynx Fiber Two, LLC (3416). The Debtors' mailing address is 1228 Euclid Ave. Suite 250, Cleveland, OH 44115.

[2] As defined in the *Verified Statement of the Ad Hoc Group of Secured Lenders Pursuant to Bankruptcy Rule 2019* [Docket No. 308].

1

**STATEMENT**[3]

1.      The Ad Hoc Group of Secured Lenders supports confirmation of the Plan (and each member voted in favor of the Plan).  Since well before the Petition Date, the Ad Hoc Group of Secured Lenders has supported the Debtors' efforts to maximize the value of the Debtors' assets through a sale and to maximize recoveries to all creditors through a largely consensual Plan process – including through funding the Committee Settlement.  With the sale's closing on the horizon, confirmation of the Plan will enable the Debtors to wind down the estates and make appropriate distributions to creditors.  Accordingly, the Ad Hoc Group of Secured Lenders respectfully requests that the Plan be confirmed.

**RESERVATION OF RIGHTS**

2.      The Ad Hoc Group of Secured Lenders reserves all rights to amend, modify, or supplement this Joinder. The Ad Hoc Group of Secured Lenders further reserves the right to respond, as appropriate, to any filings related to the Plan that are filed in the future and to make arguments with regard to any other related filings.

[*Remainder of Page Intentionally Left Blank*]

---

[3] Terms used, but not defined herein shall have the meaning ascribed to such term in the Plan or Confirmation Brief, as application.

Dated: November 17, 2025  
       Houston, Texas

Respectfully submitted,

*/s/ Charles Persons*

**PAUL HASTINGS LLP**

Charles Persons (TX Bar No. 24060413)  
2001 Ross Avenue, Suite 2700  
Dallas, Texas 75201  
Telephone: (972) 936-7500  
Facsimile: (972) 936-7501  
Email: charlespersons@paulhastings.com

Jayme T. Goldstein (admitted *pro hac vice*)  
Jeremy Evans (admitted *pro hac vice*)  
200 Park Avenue  
New York, New York 10166  
Telephone: (212) 318-6000  
Facsimile: (212) 319-4090  
Email: jaymegoldstein@paulhastings.com  
       jeremyevans@paulhastings.com

Nicholas A. Bassett (admitted *pro hac vice*)  
2050 M Street NW  
Washington, DC 20036  
Telephone: (202) 551-1700  
Facsimile: (202) 551-1705  
Email: nicholasbassett@paulhastings.com

*Counsel to the Ad Hoc Group of Secured Lenders*

**CERTIFICATE OF SERVICE**

    I certify that on November 17, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Charles Persons*
                                            Charles Persons