IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| EVERSTREAM SOLUTIONS LLC, *et al.*, | § § § | Case No. 25-90144 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket Nos. 543, 564, 581 |

### NOTICE OF FILING OF THIRD PLAN SUPPLEMENT FOR THIRD AMENDED JOINT CHAPTER 11 PLAN OF EVERSTREAM SOLUTIONS LLC AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that Everstream Solutions LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "**Debtors**") each commenced a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that on November 17, 2025, the Debtors filed the *Third Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors* (Docket No. 581) (as may be amended, supplemented, or otherwise modified from time to time, the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that on November 4, 2025, the Debtors filed the *Notice of Filing of Plan Supplement for Amended Joint Chapter 11 Plan of Everstream Solutions LLC and its Affiliated Debtors* (Docket No 543) (as may be amended, supplemented, or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Midwest Fiber Holdings LP (3804); Midwest Fiber Acquisition Topco LLC (N/A); Midwest Fiber Acquisition Midco1 LLC (6061); Midwest Fiber Acquisition LLC (N/A); Everstream Solutions LLC (2361); Everstream Networks LLC (4542); Everstream GLC Holding Company LLC (4493); American Fiber Comm L.L.C. (2389); HRS Internet, LLC (5042); Lynx Network Group, Inc. (6261); 15955 State Street LLC (2731); Rocket Fiber LLC (7722); Lynx Fiber One, LLC (7151); and Lynx Fiber Two, LLC (3416). The Debtors' mailing address is 1228 Euclid Ave. Suite 250, Cleveland, OH 44115.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

otherwise modified from time to time, the "**Plan Supplement**") and on November 11, 2025, the Debtors filed the *Notice of Filing of Second Plan Supplement for Amended Joint Chapter 11 Plan of Everstream Solutions LLC and its Affiliated Debtors* (Docket No 564).

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the following document and information contained in the Plan Supplement, which supplement and amend the prior-filed version of such document and information:

| Exhibit | Plan Supplement Document |
|---|---|
| Exhibit B-3 | Supplement to Schedule of Transferred Contracts |

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed by the Bankruptcy Court, the documents contained in this Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are not final and remain subject to further review, negotiation, and modification. Subject to the terms and conditions of the Plan, the Debtors reserve all rights to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained therein, at any time before the Effective Date or any such other date as may be permitted by the Plan or by order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this Plan Supplement and all other documents filed in these chapter 11 cases are available free of charge by visiting https://cases.stretto.com/everstream. You may also obtain copies of the pleadings by visiting the

Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 18, 2025
      Houston, Texas

        /s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  gabriel.morgan@weil.com
       clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice*)
Alexander P. Cohen (24109739)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  matt.barr@weil.com
       andriana.georgallas@weil.com
       alexander.cohen@weil.com

*Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that on November 18, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                            */s/ Clifford W. Carlson*
                                                            Clifford W. Carlson

## Exhibit B-3

**Supplement to Schedule of Transferred Contracts**

**Supplement to Schedule of Transferred Contracts to be Assumed and Assigned**

In accordance with Article VIII of the *Debtors' Third Amended Joint Plan of Everstream Solutions LLC and its Affiliated Debtors*, dated November 17, 2025 (Docket No. 581) (as may be amended, modified, or supplemented from time to time, the "**Plan**")[1] and the *Order (A) Approving Sale of Debtors' Assets, (B) Approving Assumption, Assignment, and Sale of Certain Contracts and Unexpired Leases, and (C) Granting Related Relief* (Docket No. 364) (the "**WholeCo Sale Order**"), the Debtors hereby file this supplement to the schedule of the executory contracts and unexpired leases that the Debtors intend to assume and assign pursuant to the WholeCo Sale Order effective as of the WholeCo Closing Date (the "**Supplement to Schedule of Transferred Contracts**"). For the avoidance of doubt, this schedule supplements, and does not replace, the Schedule of Transferred Contracts in the Plan Supplement.

In accordance with the WholeCo Sale Order, the Debtors served notice of the Debtors' intent to assume and assign certain executory contracts and unexpired leases (the "**Transferred Contracts**") in connection with the Sale Transaction in the *Notice of Cure Costs and Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale Transaction* (Docket No. 296), the *Supplemental Notice of Cure Costs and Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale Transaction* (Docket No. 354), and the *Second Supplemental Notice of Cure Costs and Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale Transaction* (Docket No. 439) (collectively, the "**Cure Notices**"). The amounts necessary to cure any defaults under the Transferred Contracts (the "**Cure Costs**") are set forth therein. The procedures for objecting to assignment, including the amount of any Cure Costs, are set forth in the WholeCo Sale Order. For the avoidance of doubt, inclusion of an unexpired lease or executory contract on this Schedule of Transferred Contracts does not alter any of those procedures, including any deadlines for objections to Cure Costs set forth in the applicable Cure Notices and the WholeCo Sale Order.

In accordance with Section 8.1 of the Plan and with the Confirmation Order, as of and subject to the occurrence of the Effective Date, all executory contracts and unexpired leases to which any of Debtor is a party shall be deemed rejected unless such contract or lease (i) was previously assumed or rejected by the Debtors pursuant to an order of the Bankruptcy Court, (ii) previously expired or terminated pursuant to its own terms or by agreement of the parties thereto, (iii) is the subject of a motion to assume or reject filed by the Debtors on or before the Confirmation Date, (iv) is identified in Section 8.6 of the Plan, (v) is identified for assumption on the Schedule of Assumed Contracts included in this Plan Supplement, (vi) is identified for assumption and assignment on the Schedule of Transferred Contracts (including on this Supplement to the Schedule of Transferred Contracts), (vii) is identified for assumption and assignment on the Schedule of Shared Contracts included in this Plan Supplement, (viii) is identified for rejection on the Schedule of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

Rejected Contracts included in this Plan Supplement, (ix) is the subject of a pending Assumption Dispute, or (x) or is identified for assumption and assignment in any subsequent Plan Supplement.

The Debtors' listing of a contract on this Schedule of Transferred Contracts shall not be deemed or construed as (i) a promise by the Debtors to seek the assumption or assumption and assignment of such contract, (ii) a limitation or waiver of the Debtors' ability to amend, modify or supplement this Schedule of Transferred Contracts with an updated Cure Cost for a particular contract, which updated Cure Cost may be lower than the original Cure Cost listed for such contract, (iii) a limitation or waiver on the Debtors' ability to seek to reject any contract, (iv) an admission that any contract is integrated with or severable from any other contract, or (v) an admission that any contract is, in fact, an executory contract or unexpired lease under section 365 of the Bankruptcy Code.  In addition, the assumption or assumption and assignment of any contract or lease by the Debtors on the Effective Date shall not modify or affect in any way (i) any rights of the Debtors or the applicable counterparties to terminate such contract or lease or (ii) any election by the Debtors to terminate such contract or lease prior to the Effective Date.

For the avoidance of doubt, the Debtors reserve the right to amend, revise, modify, or supplement this schedule (including to remove any contract on such schedule and not seek assumption and/or assignment of the same) in accordance with the Plan and WholeCo Sale Order.

**Everstream Solutions, LLC**

**Schedule of Transferred Contracts to be Assumed and Assigned**

| Contract Counterparty | Description of Contract | Effective Date |
|---|---|---|
| **CANNEL PROPERTIES LLC** | COMMERCIAL LEASE AGREEMENT DATED: 02/03/2014 | 2/3/2014 |