**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **EVERSTREAM SOLUTIONS LLC**, *et al.*, | § | **Case No. 25-90144 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

*AMENDED*[2] **AGENDA OF MATTER SET FOR HYBRID HEARING**
**ON NOVEMBER 19, 2025 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

---

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON NOVEMBER 19, 2025, AT 1:00 P.M. (PREVAILING CENTRAL TIME) IN COURTROOM 402, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.**

**PARTICIPATION AT THE HEARING WILL BE PERMITTED BY AN AUDIO AND VIDEO CONNECTION.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1-832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ." CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**

**HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME,**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Midwest Fiber Holdings LP (3804); Midwest Fiber Acquisition Topco LLC (N/A); Midwest Fiber Acquisition Midco1 LLC (6061); Midwest Fiber Acquisition LLC (N/A); Everstream Solutions LLC (2361); Everstream Networks LLC (4542); Everstream GLC Holding Company LLC (4493); American Fiber Comm L.L.C. (2389); HRS Internet, LLC (5042); Lynx Network Group, Inc. (6261); 15955 State Street LLC (2731); Rocket Fiber LLC (7722); Lynx Fiber One, LLC (7151); and Lynx Fiber Two, LLC (3416). The Debtors' mailing address is 1228 Euclid Ave. Suite 250, Cleveland, OH 44115.

[2] *Any changes or additions to the Agenda of Matter Set for Hybrid Hearing on November 19, 2025 at 1:00 p.m. (Prevailing Central Time) (Docket No. 586) are reflected in bold and italicized font.*

> **COMPLETE THE REQUIRED FIELDS, AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

Everstream Solutions LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, hereby file this *Amended* Agenda of Matter Set for Hybrid Hearing on **November 19, 2025, at 1:00 p.m. (Prevailing Central Time)** before the Honorable Christopher M. Lopez.

## CONTESTED MATTER:

1.  Third Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 581)**

    Status:   This matter is going forward.

    Responses Filed:

    A.  United States Trustee's Objection to Confirmation of Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 551)**

    B.  Objection of Cigna to Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 553)**

    Related Documents:

    C.  Order (I) Approving Disclosure Statement, (II) Establishing Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases, (V) Establishing Notice and Objection Procedures for Confirmation of Plan, and (VI) Granting Related Relief **(Docket No. 501)**

    D.  Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors (Solicitation Version) **(Docket No. 504)**

    E.  Disclosure Statement for Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors (Solicitation Version) **(Docket No. 505)**

    F.  Notice of Filing of Solicitation Versions of Plan and Disclosure Statement **(Docket No. 506)**

G. Affidavit of Publication of the Wall Street Journal Regarding the Notice of (I) Approval of (A) Disclosure Statement, (B) Solicitation and Voting Procedures, and (C) Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases, (II) Confirmation Hearing, and (III) Establishment of Notice and Objection Procedures for Confirmation of Proposed Plan **(Docket No. 522)**

H. Notice of Filing of Plan Supplement for Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 543)**

I. Second Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 561)**

J. Notice of Filing of Second Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 562)**

K. Notice of Filing of Second Plan Supplement for Second Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 564)**

L. Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology **(Docket No. 566)**

M. Declaration of Alexa Westmoreland of Stretto, Inc. Regarding Solicitation and Tabulation of Ballots Cast on Second Amended Joint Chapter 11 Plan of Everstream Solutions and Its Affiliated Debtors **(Docket No. 569)**

N. Debtors' Memorandum of Law in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 576)**

O. Declaration of Justin Schmaltz in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 578)**

P. Declaration of Melker Sandberg in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 579)**

Q. Notice of Filing of Third Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 582)**

R. Notice of Filing Proposed Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Affiliated Debtors **(Docket No. 584)**

S.  Joinder of the Ad Hoc Group of Secured Lenders to the Debtors' Memorandum of Law in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors **(Docket No. 585)**

T.  ***Notice of Filing of Third Plan Supplement for Third Amended Joint Chapter 11 Plan of Everstream Solutions LLC and Its Affiliated Debtors (Docket No. 588)***

U.  Witness and Exhibit List of the Official Committee of Unsecured Creditors for Hearing Scheduled for November 19, 2025 at 1:00 p.m. (CT) **(Docket No. 574)**

V.  Debtors' Witness and Exhibit List for Hearing on November 19, 2025 **(Docket No. 575)**

W.  ***Debtors' Amended Witness and Exhibit List for Hearing on November 19, 2025 at 1:00 p.m. (Central Time) (Docket No. 589)***

X.  Certificates of Service **(Docket Nos. 524, 528, 545, 560, 567, 577, 580, & 583)**

Dated: November 19, 2025
Houston, Texas

       */s/ Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  gabriel.morgan@weil.com
       clifford.carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Andriana Georgallas (admitted *pro hac vice)*
Alexander P. Cohen (24109739)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  matt.barr@weil.com
       andriana.georgallas@weil.com
       alexander.cohen@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on November 19, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 */s/  Clifford W. Carlson*
Clifford W. Carlson